UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL ACTION

VERSUS

NO. 10-81-JJB

SAMUEL B. JOHNSON

**<u>RULING</u>**

This matter is before the Court on defendant Samuel Johnson's motion (doc. 187) for stay of sentence pending appeal. The government filed an opposition (doc. 189). There is no need for oral argument. For the following reasons, defendant's motion is denied.

Defendant seeks a stay of sentence pending appeal of a January 18, 2011, order of this court, which denied defendant's motion to suppress. Under 18 U.S.C. § 3143, once a defendant has been sentenced to a term of imprisonment, there is a presumption that he will be detained pending any appeal. *See, e.g., United States v. Clark*, 917 F.2d 177, 181 (5th Cir. 1990). The statute instructs that the court "shall order" the defendant to be detained, unless the court finds:

> (A) by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community . . . and
> (B) that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in –
> (i) reversal,
> (ii) an order for a new trial,
> (iii) a sentence that does not include a term of imprisonment, or

> (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.

18 U.S.C. § 3143(b).

The court finds that defendant has failed to satisfy the prerequisites of § 3143. Defendant has not shown by clear and convincing evidence that he is unlikely to flee. More importantly, the motion does not establish that defendant's appeal raises a substantial question that is "likely" to result in reversal, new trial, or reduced sentence. *See* 18 U.S.C. § 3143(b)(1)(B). The court agrees with the United States that, consistent with 18 U.S.C. § 3143, the defendant should begin serving his sentence as previously ordered by the court.

Accordingly, defendant Samuel Johnson's motion (doc. 187) for stay of sentence pending appeal is hereby DENIED.

Signed in Baton Rouge, Louisiana, on August 3, 2011.

                                **JUDGE JAMES J. BRADY**
                                **UNITED STATES DISTRICT COURT**
                                **MIDDLE DISTRICT OF LOUISIANA**